Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail:   bheikali@faruqilaw.com

[Additional Counsel in Signature Page]

*Attorney for Plaintiff Walter Ryan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER RYAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>OCLARO, INC., EDWARD COLLINS, DENISE HAYLOR, WILLIAM L. SMITH, GREG DOUGHERTY, MARISSA PETERSON, IAN SMALL, KENDALL COWAN, and JOEL A. SMITH III,<br><br>                    Defendants. | Civil Action No. 3:18-cv-03174-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Walter Ryan, by counsel, hereby gives notice that he is dismissing all claims in the above-referenced matter, with prejudice to himself and without prejudice as to all others similarly situated.  Because this notice of dismissal is being filed with the Court before service by defendants or either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED:  July 27, 2018

Respectfully submitted,

**FARUQI & FARUQI, LLP**

**OF COUNSEL:**

*/s/ Benjamin Heikali*
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY  10017
Tel:  212-983-9330
Fax:  212-983-9331
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

*Counsel for Plaintiff*